**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Tiberius C Dubon,

Plaintiff,

v.

Amazon.com LLC,

Defendant.

No. CV-26-06131-PHX-DJH

**ORDER**

On September 11, 2026, Plaintiff filed a Second Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 6). The Court previously denied Plaintiff's first Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), finding that Plaintiff has not demonstrated an inability to pay his court fees. (Doc. 5). In so ruling, the Court instructed that must either pay the filing fee or file an amended application demonstrating his inability to pay court fees. (*Id.* at 2–3). Plaintiff then filed this Second Application. However, upon review, Plaintiff has still not demonstrated an inability to pay his fees. While the Court is cognizant that Plaintiff states he lost his job, Plaintiff has still listed a monthly income of $3,520.00, which is significantly above federal poverty guidelines. (Doc. 6 at 1); *May v. Stevenson*, 2026 WL 701092, at *1 (D. Idaho 2026) ("In evaluating the application to proceed without prepayment of fees, the Court compares the applicant's income to the poverty guidelines as a gauge of ability to pay.").[1]

[1] 2026 Federal guidelines are available at https://aspe.hhs.gov/sites/default/files/documents/b1bfa16b20ae9b89d525bc35de7c1643/detailed-guidelines-2026.pdf.

Additionally, Plaintiff reports monthly expenses of only $205.00. On the current record, the Court is unable to find that paying the filing fee would create an undue hardship.

Accordingly,

**IT IS ORDERED** that Plaintiff's Second Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 6) is **DENIED**. Plaintiff must pay his filing fee **by October 28, 2026**, or the Clerk of Court shall dismiss this action without further notice.

Dated this 28th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge